# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEFFREY M. FELD, DVM,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY, *et al*,

    Defendants.

2:09-cv-0274-LDG-RJJ

**ORDER**

    The parties' recent Joint Status Report indicated that this matter was set for mediation on September 20, 2010, and that the "parties will inform the Court of the outcome after meditation is completed, and at that time, advise the Court whether it will be necessary to rule on the pending cross-motions for summary judgment and related briefs." Joint Status Report Regarding Mediation 1-2, July 19, 2010, ECF No. 69. In the interest of administrative considerations and efficient docket management, this court will deny the parties' pending cross-motions for summary judgment and related briefs and will reinstate these motions in the event that the parties advise this court that such further consideration is necessary. Accordingly,

    THE COURT HEREBY ORDERS that Defendants' cross-motion for partial summary judgment (#38) is DENIED.

    THE COURT FURTHER ORDERS that Plaintiff's cross-motion for partial summary judgment (#56) is DENIED.

    THE COURT FURTHER ORDERS that Plaintiff's motion to strike the declaration of Charles E. Mitchell (#41) is DENIED.

THE COURT FURTHER ORDERS that Defendants' motion to strike Plaintiff's cross-motion for partial summary judgment (#60) is DENIED.

DATED this 21 day of September, 2010.

_____
Lloyd D. George
United States District Judge