UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JEFFREY M. FELD, DVM

        Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, *et al.*

        Defendants.

Case No.: 2:09-cv-00274-LDG-RJJ

**ORDER**

BASED upon the stipulation of the parties submitted pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned matter is dismissed with prejudice with each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

DONE this 27 day of Oct, 2010.

_____
Lloyd D. George
United States District Court Judge